IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

OSCAR STILLEY                                                               PETITIONER

    v.                              Civil No. 07-2020

STEVEN TABOR AND
FRANK ATKINSON                                                              RESPONDENTS

## ORDER

Now on this 13th day of March 2007, there comes on for consideration the report and recommendation filed herein on March 9, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 7). Petitioner filed written objections to the report and recommendation. (Doc. 8).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Petitioner's Motion for Stay Pending Determination of Habeas Petition (Doc. 2) is DENIED.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**