IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

OSCAR STILLEY                                    PETITIONER

v.                              Case No. 2:07-cv-2020

STEPHEN TABOR, Circuit Judge                      RESPONDENTS
Sebastian County Arkansas, and
FRANK ATKINSON, Sheriff
Sebastian County Arkansas

## JUDGMENT

**BEFORE** the Court is the Petition for Writ of Habeas Corpus filed by Petitioner and the Report and Recommendation filed by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days having passed without objections being filed by the parties, the Court hereby adopts *in toto* the Report and Recommendation.

**IT IS THEREFORE ORDERED** that the Petition for Writ of Habeas Corpus should be and hereby is **DISMISSED** with prejudice. Further, the Court find that no evidentiary hearing is necessary. *See* Rule 8(a), Rules Governing Section 2254 Proceedings for the United States District Court.

**SIGNED** this 16th day of May, 2007.

HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAY 16 2007
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK